# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1195

_____

| | | |
|---|---|---|
| Filiberto Degante, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr.,[1] Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: June 2, 2009
Filed: June 8, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Filiberto Degante, a native of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA) that summarily affirmed an immigration judge's (IJ's) denial of his application for cancellation of removal. We lack jurisdiction to review the IJ's determination that Degante failed to show the requisite exceptional and extremely unusual hardship that his removal would cause his United-States-citizen

_____

[1]Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

children.  <u>See</u> 8 U.S.C. § 1229b(b) (cancellation-of-removal eligibility requirements for nonpermanent residents); 8 U.S.C. § 1252(a)(2)(B)(i) (no court shall have jurisdiction to review any judgment regarding denial of relief under, inter alia, § 1229b); <u>Zacarias-Velasquez v. Mukasey</u>, 509 F.3d 429, 434 (8th Cir. 2007) (whether alien meets exceptional-and-extremely-unusual-hardship threshold "'is precisely the discretionary determination that Congress shielded from our review'" under § 1252(a)(2)(B) (quoting <u>Meraz-Reyes v. Gonzales</u>, 436 F.3d 842, 843 (8th Cir. 2006) (per curiam))).

Accordingly, we dismiss the petition.

_____